Abe Levin, Herman Levin, and William Levin, Co-partners, d/b/a Ross Systems, Plaintiffs-Appellants, v. Warren G. Siver, Defendant-Appellee.

Gen. No. 11,396. 

Second District, First Division.
September 21, 1960.

Seymour A. Greenblatt, of Waukegan, for appellant; Frank M. Daly, of Waukegan, for appellee. Opinion by PRESIDING JUSTICE McNEAL. Not to be published in full.